UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICHOLAS FRANK,

    Plaintiff,

v.                                         CASE NO.: 2:13-cv-642-SPC/UAM

HOPE HOSPICE AND COMMUNITY
SERVICES, INC., a Florida
non-profit corporation

    Defendant.

_____/

**ORDER**[1]

This matter comes before the Court on the Parties Notice of Settlement (Doc. #16), filed on October 23, 2013. Pursuant to Local Rule 3.08(a), the Parties state they have reached a settlement in this action. The Parties are now finalizing the settlement documents and anticipate filing a stipulation of dismissal within 10 days of their Notice.

Accordingly, it is now

**ORDERED**:

1. This cause is DISMISSED without prejudice subject to the right of any party within thirty (30) days from the date of this Order, **November 22, 2013**, to submit a stipulated form of final judgment or to reopen the action upon a

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

showing of good cause. See Local Rule 3.08(b). Otherwise, after thirty (30) days, without further order, this dismissal shall be deemed *with prejudice*.

2. All pending motions (if any) are hereby **denied as moot**.

3. The preliminary pretrial conference scheduled for October 25, 2013, is hereby **canceled**.

**DONE and ORDERED** in Fort Myers, Florida this 23rd day of October, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record